610

429 A.2d 742

Lamason et al., Appellants, v. Peckman et al.

Argued April 15, 1980.   Thomas W. Smith, for appellants;   C. S. Fossee, for appellees.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

429 A.2d 742

Porrett et al., Appellants, v. Bulletin Company et al.

Argued December 3, 1979.   Milton M. Borowsky, for appellants;   Dennis J. Morikawa, for appellees.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.